

FOLEY & LARDNER LLP

555 FLOWER ST, SUITE 3300
LOS ANGELES, CA 90071
213.972.4500 TEL
FOLEY.COM

WRITER'S DIRECT LINE
213.972.4637
hleffue@foley.com

June 8, 2026

**Via ECF**
The Honorable Richard K. Eaton
United States Court of International Trade
One Federal Plaza
New York, NY  10278-0001

> Re:  *BenQ America Corporation v. United States of America et al.*
> Case No. 25-cv-629
> Letter Motion to Withdraw as Attorney of Record

Dear Judge Eaton:

I write pursuant to USCIT Rule 75(d) to request an order granting leave for me to withdraw as counsel for Plaintiff BenQ America Corporation ("BenQ") and Plaintiffs in all matters listed in Appendix A as I am no longer involved in these matters.  BenQ and Plaintiffs in all matters listed in Appendix A will continue to be represented in this matter by Foley & Lardner LLP, with Gregory Husisian, John Turlais, Parker White, and Lindsey Zirkle continuing as counsel of record.

BenQ and Plaintiffs in all matters listed in Appendix A will be provided with a copy of this submission.  Copies of this letter will be served on Counsel for Defendants via electronic mail.

Respectfully submitted,

Hillary Leffue

cc:  Justin R. Miller (Justin.R.Miller@usdoj.com)
Claudia Burke (Claudia.Burke@usdoj.com)

AUSTIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DENVER | DETROIT | HOUSTON | JACKSONVILLE | LOS ANGELES
MADISON | MEXICO CITY | MIAMI | MILWAUKEE | NASHVILLE | NEW YORK | ORLANDO | RALEIGH | SACRAMENTO | SALT LAKE CITY
SAN DIEGO | SAN FRANCISCO | SILICON VALLEY | TALLAHASSEE | TAMPA | TOKYO | WASHINGTON, D.C.
4937-7120-7445.1